

# Fourth Court of Appeals
## San Antonio, Texas

April 30, 2019

No. 04-18-00334-CV

Paulette **BARIBEAU,**
Appellant

v.

**HILL COUNTRY PARTNERS, L.P.,**
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08378
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

Appellant Paulette Baribeau's Unopposed Motion for Extension of Time to File Reply Brief is GRANTED. The reply brief is due to be filed **no later than May 17, 2019**. All other requested relief is DENIED.

It is so **ORDERED** on this 30th day of April, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

